**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

THOMAS KNOWLDEN, *
**Plaintiff,**
*
**v.** **Case No.** 1:26-cv-04615-JKB
*
JOHNS HOPKINS UNIVERSITY
**Defendant.** *

**MOTION FOR ADMISSION PRO HAC VICE**

I, Lindsay A. Freedman, am a member in good standing of the bar of this Court. I am moving the admission of Michael P. Hilferty to appear pro hac vice in this case as counsel for the Plaintiff, Thomas Knowlden.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland
2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached. | See attached. |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).
4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)
5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Lindsay A. Freedman, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Lindsay A. Freedman
Signature

Lindsay A. Freedman (Bar # 12601)
Printed name and bar number

Freedman Law, LLC
Office name

10015 Old Columbia Road, Suite B-215, Columbia, Maryland 21046
Address

(410) 290-6230
Telephone number

(410) 290-5285
Fax Number

laf@freedlawfirm.com
Email Address

PROPOSED ADMITTEE

Michael P Hilferty
Signature

Michael P. Hilferty
Printed name

WHITE, ROSE & HILFERTY
Office name

757 Third Avenue, 20th Floor New York, NY 10017
Address

(917) 633 5760
Telephone number

(646) 690-8897
Fax Number

mph@nycjobattorney.com
Email Address

**Michael P. Hilferty Bar Admissions**

| Jurisdiction | Admission Date | Status | Bar No. |
|---|---|---|---|
| New York | 6/10/2009 | Active | 4719498 |
| New Jersey | 12/16/2008 | Active | 31622008 |
| Pennsylvania | 10/17/2008 | Inactive | 209516 |
| Connecticut | 6/29/2018 | Active | 439809 |
| New Hampshire | 9/14/2022 | Active | 276202 |
| USDC Eastern District of New York | 12/16/2009 | Active | |
| USDC Southern District of New York | 1/13/2010 | Active | |
| USDC Northern District of New York | 6/16/2020 | Active | |
| USDC Western District of New York | 11/4/2024 | Active | |
| USDC District of Connecticut | 4/4/2016 | Active | |
| USDC District of New Jersey | 3/2/2009 | Active | |
| United States Tax Court | 3/2/2009 | Active | |
| Court of Appeals, Second Circuit | 3/16/2009 | Active | |
| Supreme Court of the United States | 5/19/2014 | Active | |